**1315  AUDITOR GENERAL vs. BOARD OF SUPERVISORS (Jackson), 24 M., 237.**

To compel respondent to apportion upon the taxable property in the county, a sum claimed to be due from the county to the state.

Granted January 4, 1872.

**1316  AUDITOR GENERAL vs. BOARD OF SUPERVISORS (Grand Traverse), 73 M., 182.**

To compel respondents to levy a tax for the amount due the State from said county.

Granted January 11, 1889.

The board insisted upon its right to set off a sum claimed by it to be due from the State.

Held, that a set-off is in its nature in assumpsit, and the right to make it is only an irregular form of action against the State.